# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

September 8, 2025

| No. 25-2134 | IN RE: GREENPOINT TACTICAL INCOME FUND LLC, Debtor, ------------------------------ BALLARD SPAHR LLP, Appellant, v. OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, Appellee. |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00175-PP Eastern District of Wisconsin District Judge Pamela Pepper | |

**To:**

    Charles E. Nelson
    BALLARD SPAHR LLP
    2000 IDS Center
    80 S. Eighth Street
    Minneapolis, MN 55402

    Matthew G. Summers
    BALLARD SPAHR LLP
    919 N. Market Street
    11th Floor
    Wilmington, DE 19801

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

The required "Short Appendix" is oversized. If 30(a) exceeds 50 pages, then 30(b) material cannot be attached to the short appendix and must be bound in a separate appendix. See Cir. R. 30.

A table of authorities (**one alphabetically arranged list**), statutes, and other authorities with references to the pages where they are cited in the brief is required. See Fed. R. App. P. 28(a)(3) and 28(b).

The separate appendices attached to the brief's filing should instead be submitted under a separate CM/ECF entry specifically for an appendix.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

NV

NOTE:     Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**     (form ID: **187**)